**Order filed June 21, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00265-CV
_____

**KASPAR CONSTRUCTION, LLC; JASON KASPAR; AND LISA KASPAR,**
**Appellants**

**V.**

**ELISEO RODRIGUEZ, Appellee**

---

**On Appeal from the 126th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-17-003452**

---

## O R D E R

Appellant's brief was due June 6, 2018. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **July 6, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM